IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LORA PATTERSON,                )
                               )
            Plaintiff,         )
vs.                            )   Case No.  6:18-cv-1255
                               )
PAUL BABB; and                 )
LEE EDENS CATTLE, LLC          )
                               )
            Defendants.        )
_____)

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties advise the Court that they have stipulated to a voluntary dismissal without prejudice of this case pursuant to F.R.Civ.P. 41(a)(1)(ii).

The parties further agree that upon re-filing of this case, the following conditions would apply:

(1) Any discovery exchanged up until the point of this dismissal can be used in the event that the case is refiled.

DEVAUGHN JAMES INJURY LAWYERS

By: /s/  Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
3241 N. Toben
Wichita, Kansas 67226
comlid@devaughnjames.com
rjames@devaughnjames.com
ATTORNEYS FOR PLAINTIFF

        GILLILAND GREEN LLC


        By:   /s/ Gerald Green
        Gerald Green, #8994
        20 West Second Ave., 2nd Floor
        Hutchinson, Kansas 67504
        (620) 662-0537 FAX - (620) 669-9426
        jgreen@gglawks.com
        ATTORNEYS FOR DEFENDANTS